# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 5

In the Interest of S.M.B.

Adam D. Miller, PsyD,                                  Petitioner and Appellee

     v.

S.M.B.,                                                Respondent and Appellant

## No. 20220365

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Daniel D. Narum, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, N.D., for petitioner and appellee; submitted on brief.

Andrew S. Marquart, Fargo, N.D., for respondent and appellant; submitted on brief.

**Interest of S.M.B.**
**No. 20220365**

**Per Curiam.**

[¶1]   S.M.B. appeals from an order for continued treatment at the North Dakota State Hospital for a period not to exceed one year. S.M.B. argues the district court erred in finding him mentally ill and a person requiring treatment. We conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte